

Columbus | Cincinnati | Cleveland | New Jersey | New York

**Javier L. Merino, Esq.***

201-355-3440  JMerino@DannLaw.com  216-373-0536
Direct Telephone  Email  Fax

April 8, 2021

<u>Via ECF</u>
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

Re: *Peiran Zheng v. Live Auctioneers, LLC*
    Case No.: 1:20-cv-09744-JGK

Dear Judge Koeltl:

    We, together with the firms of Javitch Law Office and Zimmerman Law Offices, P.C., represent Plaintiff Peiran Zheng and the putative class ("Plaintiff") in this matter. In accordance with Your Honor's Individual Practices, we respectfully request oral argument on Plaintiff's Motion to Strike Supplemental Declaration of Robert Cummings and Request for Leave to Conduct Discovery.

Respectfully submitted,

Javier L. Merino, Esq.


cc: All Counsel (via ECF)

NJ Address  DannLaw.com  NY Address
372 Kinderkamack Rd Ste 5  877-475-8100  42 Broadway, 12th Floor
Westwood, NJ 07675  *Licensed in NJ and NY  New York, NY 10007
                                             **By Appointment Only**