UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEIRAN ZHENG, individually and on behalf of all others similarly situated,

        Plaintiffs,

- against -

LIVE AUCTIONEERS LLC,

        Defendant.

20-cv-9744 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant is requested to confirm the citizenship of the members of the defendant LLC to ensure there is jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(B).

SO ORDERED.

Dated:    New York, New York
          May 18, 2021

                                    John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-18-21